UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MOHAMMED ADEL ABDO ANNISAFEE et al, :
                               Plaintiffs,   :
                                                            :  24 Civ. 6288 (LGS)
              -against-                       :
                                                            :  ORDER
MERRICK GARLAND et al,                    :
                                                            :
                               Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS on August 20, 2024, the Complaint for a Writ of Mandamus was filed. It is hereby

**ORDERED** that the Government shall, by **November 22, 2024**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiffs shall, by **December 13, 2023**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: October 7, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE